**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CHUKWUMA E. AZUBUKO,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1633-D |
| | ) | |
| **JUDGE HENRY LEE ADAMS, et al.,** | ) | |
| Defendants. | ) | |

**ORDER**

After conducting a *de novo* review and considering plaintiff's October 11, 2005 motion for reconsideration (which the court treats as plaintiff's objections to the findings, conclusions, and recommendation of the magistrate judge), the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Signed October 11, 2005.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE